O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 13 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: SA13-354M |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Aguilar, Arnold ) | |
| Defendant. ) | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___SD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___Backgrd, cmty ties unknown due to failure to interview; bail resources unknown___

and/or

B.  [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on  criminal history record, and recent conv for crime of violence while under supervision

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED:  8/13/13

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE