O

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 9 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: / DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. SA CR 14-106 JVS |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. ) | |
| ARNOLD AGUILAR ) | |
| Defendant. ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  ( ✓ )  the appearance of defendant as required; and/or

(B)  ( ✓ )  the safety of any person or the community.

//
//

The court concludes:

A.  (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

*Defendant submits to detention*

(B)  (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

IT IS ORDERED that defendant be detained.

DATED: July 9, 2015

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

2